STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ESO M. RHAMS, DEFENDANT-APPELLANT.

Argued January 4, 1954—Decided January 11, 1954.

Mr. *John F. Ryan* argued the cause for appellant (*Messrs. Ryan & Saros*, attorneys).

Mr. *Hyman Isaac* argued the cause for respondent (*Mr. H. Russell Morss*, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Brennan in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, JACOBS and BRENNAN—5.

*For reversal*—Justices WACHENFELD and BURLING—2.